IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RUTH CARROLL,

    Plaintiff,

v.                    Civil Action No.    5:07-CV-127

AMEX ASSURANCE COMPANY,

    Defendant.

## ORDER

Upon consideration of the foregoing Application for Admission Pro Hac Vice of _Linsey W. West_, it is ORDERED that the Application for Admission Pro Hac Vice be, and the same is hereby, APPROVED and that the applicant may appear pro hac vice in this matter on behalf of the represented party.

ENTER: _November 1, 2007_

_____
United States District Judge

4