IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
DEC 2 7 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

RUTH CARROLL,

    Plaintiff,

vs.                                   CIVIL ACTION NUMBER: 5:07-CV-127

AMEX ASSURANCE COMPANY,

    Defendant.

## ORDER

Came the parties, by counsel, and submitted a "Stipulation On Initial Pleadings."

Upon review thereof, it is **ORDERED** that service of the Summons and Complaint is deemed accepted by Defendant as of the date of the stipulation. Plaintiff has no further obligation respecting service of the Summons and Complaint.

It is further **ORDERED** that Defendant's obligation to respond to the Complaint is satisfied by virtue of prior service of the Answer, Defenses and Jury Demand of Defendant Amex Assurance Company, filed October 1, 2007, which is deemed to be in full force and effect.

ENTERED this 26th day of December, 2007.

_____
The Honorable Frederick P. Stamp, Jr.